**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7905**

---

SHELBY L. COUNTS,

Plaintiff - Appellant,

versus

JOHN R. NEWHART, Sheriff; RON ANGELONE, Virginia Department of Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Senior District Judge. (CA-96-101-2)

---

Submitted:  June 19, 1997          Decided:  June 26, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Shelby L. Counts, Appellant Pro Se.  Samuel Lawrence Dumville, Virginia Beach, Virginia; Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Counts v. Newhart</u>, No. CA-96-101-2 (E.D. Va. Nov. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2